**SO ORDERED.**

**SIGNED this 09 day of December, 2009.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| In Re: | Case No.: |
|---|---|
| Ham's Restaurant, Inc. | 09-09233-8-RDD |
| Debtor-in-Possession | Chapter 11 |

### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. Sections 1102(a) and 1102(b)(1), the following creditors of the above-named debtor being among those holding the largest unsecured claims, are representative of the different kinds of claims to be represented, and who are willing to serve, are appointed to the committee of unsecured creditors:

1. John C. Daniel, III
   Hambone Dog Properties, LLC
   2106 Brookwood Trail
   Sanford, NC 27330
   919-770-0075

2. *Brad Mercer
   Flying Pigs, LLC
   335 N. Queen St.
   Kinston, NC 28501
   252-522-0191

3. Tony Alford
   Watertower Development
   P.O. Box 1031
   Kernersville, NC 28284
   336-996-1726

*Chairperson

End of Document