IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                              CHAPTER 11

HAM'S RESTAURANTS, INC.                                      CASE NO. 09-09233-8-RDD
    Debtor.

## SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS

NOW COMES, Ham's Restaurants, Inc. ("Debtor") and supplements its Statement of Financial Affairs as follows:

1. Through approximately the end of June of 2009, the Debtor shared a bank account with Chelda, Inc. This account was apparently used as a central account for numerous entities in which one or more insiders of the Debtor held an interest. This business practice substantially ceased when new management was put in place in late June of 2009.

2. The Debtor and the Bankruptcy Administrator are currently reviewing records for the year prior to the petition to compile a complete list potential of insider payments and/or transfers.

3. Potentially related entities which received payments from this account include:

    Busters Grill

    Charbucks

    Charlotte Metro Restaurants

    Buckchar

    Erwin Properties

    Ham's Franchise

    Realty Holdings

    Make Sense Dining Florida

    Make Sense Dining

    Make Sense Realty Holdings

    Mister UPS

    Barn Dinner Theater

    Dinner Theater Properties

    Hammer Investments

    Charmike Holdings

    Charbuck Inc.

This the 22nd day of December, 2009.

    EVERETT, GASKINS, HANCOCK & STEVENS, LLP

    BY:   /s/ William P. Janvier  
    William P. Janvier  
    N.C.S.B. No. 21136  
    Rebecca F. Redwine  
    N.C.S.B. 37012  
    P. O. Box 911  
    Raleigh, NC 27602  
    Telephone No. (919) 755-0025

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing **SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid, this 22nd day of December, 2009.

Marjorie Lynch
Bankruptcy Administrator
300 Fayetteville Street Mall, Suite 620
Raleigh, NC 27601

Ham's Restaurant's, Inc.
Attn: David Hall
PO Box 10386
Greensboro, NC 27403

                                                  BY: /s/ William P. Janvier
                                                       William P. Janvier