**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HAM'S RESTAURANTS, INC. | CASE NO. 09-09233-8-RDD |
| Debtor. | |

**MOTION TO EXTEND TIME TO FILE MONTHLY REPORT**

NOW COMES Ham's Restaurants, Inc. ("Debtor") in the above-referenced case, and respectfully moves to extend the deadline for filing the November 2009 Monthly Report.

In support of this motion, the Debtor states that it requires an additional ten (10) days to file the November 2009 Monthly Report.

WHEREFORE, the Debtor respectfully asks that the Court enter an Order extending the deadline to file the November 2009 Monthly Report for ten (10) days, up to and including Monday, January 11, 2010.

This the 30th day of December, 2009.

EVERETT, GASKINS, HANCOCK & STEVENS, LLP

BY:   /s/ William P. Janvier
William P. Janvier
N.C.S.B. No. 21136
Rebecca F. Redwine
N.C.S.B. 37012
P. O. Box 911
Raleigh, NC 27602
Telephone No. (919) 755-0025

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that copies of the foregoing thereof have been served on the following parties and attached matrix **via first class, U.S. Mail.**

>Bankruptcy Administrator
>Attn: Christopher Scott Kirk
>434 Fayetteville Street Mall, Suite 620
>Raleigh, NC 27601-1888

This the 30th day of December, 2009.

                                           BY: /s/ William P. Janvier
                                                 William P. Janvier