IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                    CHAPTER 11

HAM'S RESTAURANTS, INC.                   CASE NO. 09-09233-RDD

    Debtor.

**WITHDRAWAL OF MOTION FOR AUTHORITY TO INCUR POST-PETITION DEBT PURSUANT TO 11 U.S.C. § 364(b)**

NOW COMES Ham's Restaurants, Inc., Debtor-in-Possession ("Debtor") in the above-referenced case, through counsel, and hereby withdraws its Motion for Authority to Incur Post-Petition Debt Pursuant to 11 U.S.C. § 364(b) filed with this Court on November 2, 2009.

This the 30th day of December, 2008.

                                                               **EVERETT, GASKINS, HANCOCK & STEVENS, LLP**

                      BY:     /s/ Rebecca F. Redwine
                                  William P. Janvier
                                  N.C.S.B. No. 21136
                                  Rebecca F. Redwine
                                  N.C.S.B. No. 37012
                                  P.O. Box 911
                                  Raleigh, NC  27602
                                  Telephone No. (919) 755-0025

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the Debtor's **WITHDRAWAL OF MOTION FOR AUTHORITY TO INCUR POST-PETITION DEBT PURSUANT TO 11 U.S.C. § 364(b)** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid, this 30th day of December, 2009.

**Ham's Restaurants, Inc.**
Attn: Managing Agent
PO Box 10386
Greensboro, NC 27403

**George Oliver**
Oliver & Friesen, PLLC
PO Box 1548
New Bern, NC 28563

**Katherine J. Clayton**
Brooks, Pierce, et al.
PO Box 1800
Raleigh, NC 27602

**C. Scott Kirk**
Bankruptcy Administrator
300 Fayetteville Street Mall, Suite 620
Raleigh, NC 27601

**IRS**
Attn: Special Procedures
320 Federal Place
Greensboro, NC 27402

**S. Katherine Burnette**
United States Attorney's Office/EDNC
310 New Bern Ave., Ste. 800, Fed. Bldg.
Raleigh, NC 27601-1461

BY:   /s/ Rebecca F. Redwine_____
          Rebecca F. Redwine